UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECTV, INC.,
    Plaintiff,

vs.                                        CASE NO. 8:03-CIV-882-T-17-MAP

RONALD DACKEN,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Mark A. Pizzo on April 8, 2005 (Docket No. 49). The magistrate judge recommended that the plaintiff's motion to enforce settlement and reopen case (Docket No. 40) be **denied**.

      Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). Objections were due to be filed by April 25, 2005, but to date none have been filed.

## STANDARD OF REVIEW

      When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines,**

CASE NO. 8:03-CIV-882-T-17

**Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, dated April 8, 2005 (Docket No. 40) be **adopted** and **incorporated by reference** and the plaintiff's motion to enforce settlement and reopen case (Docket No. 40) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 4th day of May, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge